UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND, *et al.*, Petitioners, -v- JME ENVIRONMENTAL CORP., Respondent. | 26 Civ. 6367 (JPC) <br> ORDER |

JOHN P. CRONAN, District Judge:

On July 27, 2026, Petitioners filed a Petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their Petition to confirm by October 8, 2026. Respondent's opposition, if any, is due on November 5, 2026. Petitioners' reply, if any, is due November 19, 2026.

Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than October 8, 2026, and shall file an affidavit of such service with the Court no later than October 12, 2026.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge